UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DUC MINH DINH, DUC HUY NGUYEN, ) <br> INDIVIDUALLY and d/b/a QUAN NHAN ) <br> CRAWFISH A/K/A SEAFOOD ) <br> RESTAURANT, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 10-CV-05717-LHK <br><br> ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

On December 15, 2010, Plaintiff filed the complaint in the above-captioned case. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff had 120 days from the date of filing, or until April 14, 2011 to serve Defendants. As of today, April 20, 2011, no proof of service has been filed. The Court orders the Plaintiff to show cause why the case should not be dismissed for failure to prosecute. Plaintiff's response is due May 5, 2011. The Case Management Conference set for April 27, 2011 at 2 p.m. is hereby VACATED.

**IT IS SO ORDERED.**

Dated: April 20, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05717-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED