1  THOMAS P. RILEY, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 90071

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

8                    UNITED STATES DISTRICT COURT
                            FOR THE
9                 NORTHERN DISTRICT OF CALIFORNIA
                       SAN JOSE DIVISION
10

11  J & J SPORTS PRODUCTIONS, INC.,          | Case No. CV 10-05717-LHK
12            Plaintiff,
13                                            | ORDER (Proposed) GRANTING
14         vs.                                | PLAINTIFF'S *EX-PARTE* APPLICATION
                                              | FOR AN ORDER EXTENDING TIME TO
15                                            | COMPLETE SERVICE
16  DUC MINH DINH, ET AL.,
17            Defendants.
18
19
20                           **ORDER (Proposed)**
21
22         The Court, upon review of Plaintiff's request and representations presented in the above-
23  entitled matter hereby orders the following:
24  ///
25  ///
26  ///
27  ///
28

ORDER (Proposed) GRANTING PLAINTIFF'S
*EX-PARTE* APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE
PAGE 1

Plaintiff is granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Duc Minh Dinh and Duc Huy Nguyen, where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

_Lucy H. Koh_                             Date: April 22, 2011 _____

**Honorable Lucy H. Koh**
**United States District Court Judge**
**Northern District of California**
///

///

///

///

///

///

///

///

///

///

///

///

///

///

**ORDER (Proposed) GRANTING PLAINTIFF'S**
*EX-PARTE* **APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE**
**PAGE 2**