UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC ) | Case No.: 10-CV-05717-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | FINAL ORDER EXTENDING TIME TO |
| DUC MINH DINH, DUC HUY NGUYEN, ) | COMPLETE SERVICE |
| INDIVIDUALLY and d/b/a QUAN NHAN ) | |
| CRAWFISH A/K/A SEAFOOD ) | |
| RESTAURANT, ) | |
| ) | |
| Defendants. ) | |

On December 15, 2010, Plaintiff filed the complaint in the above-captioned case. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff had 120 days from the date of filing, or until April 14, 2011 to serve the defendants. Plaintiff filed no proof of service as of April 14, 2011. On April 20, 2011, the Court ordered the Plaintiff to show cause why the case should not be dismissed for failure to prosecute. On April 21, 2011, Plaintiff submitted an application seeking an order to extend time to complete service. In the application, Plaintiff stated that it had been unable to serve the defendants, but that it had identified "an address that it believes *will be* successful." On April 22, 2011, the Court signed the Proposed Order submitted by Plaintiff, which stated that Plaintiff was granted an additional 30 days to either serve defendants, move to make service by publication, or voluntarily dismiss the case. This extended the time for service until May 23, 2011.

On May 31, 2011, Plaintiff submitted another application nearly identical to the first one. In the second application, Plaintiff again seeks to extend the time to serve defendants, to move to make service by publication, or to voluntarily dismiss the case by 30 days.

The Court hereby GRANTS Plaintiff 14 days from the date of this order to file a proof of service against the defendants in this matter, to move to make service by publication, or to voluntarily dismiss the case.  No further extensions will be granted.

**IT IS SO ORDERED.**

Dated:  June 2, 2011

_____
LUCY H. KOH
United States District Judge