UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>DUC MINH DINH, DUC HUY NGUYEN, INDIVIDUALLY and d/b/a QUAN NHAN CRAWFISH A/K/A SEAFOOD RESTAURANT,<br><br>　　　　　　Defendants. | Case No.: 10-CV-05717-LHK<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO VACATE CASE MANAGEMENT CONFERENCE |

On September 20, 2011, Plaintiff G&G Closed Circuit Events, LLC filed an ex parte request to vacate the upcoming September 28, 2011 Case Management Conference. *See* ECF No. 20. Plaintiff's request is hereby DENIED. The Clerks Notice of Entry of Default against Defendant Duc Minh Dinh was returned as undeliverable on August 22, 2011. *See* ECF No. 19. Therefore, Plaintiff shall come prepared to discuss how it intends to proceed in obtaining an entry of default judgment in light of the fact that Defendant Dinh has apparently not received notice of entry of default.

**IT IS SO ORDERED.**

Dated:  September 23, 2011

　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-05717-LHK
ORDER DENYING REQUEST TO VACATE